UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
U.S. COURTHOUSE
402 E. STATE STREET
TRENTON, NEW JERSEY 08608

Hon. Michael B. Kaplan                                                609-989-0478
United States Bankruptcy Judge                                        609-989-2259 Fax

July 2, 2012

James G. Aaron, Esq.
ANSELL GRIMM & AARON
1500 Lawrence Avenue
CN-7807
Ocean, NJ 07712

Stephen B. McNally, Esq.
McNALLY & ASSOCIATES, L.L.C.
93 Main Street
Newton, New Jersey 07860

Barry Frost
TEICH GROH
691 State Highway 33
Trenton, NJ 08619-4407

RE: In re Foster, 08-14400, Motion for Relief from the Automatic Stay

Dear Counsel:

In reviewing this matter, a new wrinkle confronts the Court. It appears that the underlying lease in this case was rejected under the Debtor's Chapter 13 Plan, subsequently confirmed by this Court. As a result, all alleged obligations owing under the lease constitute pre-petition claims to be addressed under the Debtor's plan. As there is no longer a lease in place, the Debtor's post-petition obligations must be bottomed on a judicially determined use and occupancy basis. Whether the Schultz estate or Mr. Schultz is entitled to collect such post-petition use and occupancy charges is inextricably intertwined with the issues raised by the Debtor as to the alleged fraudulent transfer of the property to Mr. Schultz. Moreover, this Court is not prepared at this juncture to rule that the doctrines of set-off or recoupment would not serve as a bar to collection of outstanding post-petition use and occupancy charges. In saying this, the Court denies as premature Mr. Schultz's Motion for Relief from the Automatic Stay.

The Court is cognizant, however, that the Debtor has lived in the subject apartment without paying rent or making a mortgage payment since the filing of her bankruptcy. The Court finds it appropriate to direct the Debtor to make monthly use and occupancy payments, in

1

escrow, if she intends to remain in the property. Accordingly, after comparing rents in Hoboken of similar sized apartments located near 223 Bloomfield St., the Court has determined that an appropriate monthly rate for Debtor's use and occupancy of the property is $2,136/month (See attached supporting documentation). Therefore, the Court orders that the maintenance of the Automatic Stay is conditioned upon the Debtor's payment of $2,136/month for the use and occupancy of the apartment, commencing July 15, 2012, until the Adversary Cases under docket numbers 12-01002 and 08-0220 are resolved. The Court further directs Mr. Schultz's Chapter 7 Trustee to hold these payments in escrow until the conclusion of the aforementioned adversary proceedings, or the Trustee may authorize Debtor's counsel to hold said payments in his attorney trust account until such resolution. Debtor is directed to submit a form of order reflecting the Court's rulings.

Yours very truly,

*[signature]*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Homes   New Jersey   Hoboken real estate                                                                        Views: 305

Home shopping just got better! Map your friends and get their advice on neighborhoods. Map my friends

### 223 Bloomfield St APT 4D        Map    Bird's Eye   Street View

**Not for Sale**
Zestimate:         $339,700
Rent Zestimate:    $2,136/mo
Est. Mortgage:     $1,217/mo
See current rates on Zillow
775

| Beds: | 1 |
|---|---|
| Baths: | 1 |
| Sqft: | 730 |
| Lot: | 721 sq ft / 0.02 acres |
| Type: | Multi Family |
| Year built: | 1920 |
| Last sold: | Apr 2008 for $420,000 |
| Parking: | Garage - Detached |
| Cooling: | Central |
| Heating: | Other |
| Fireplace: | -- |

More facts

This 730 square foot multi family home has 1 bedrooms and 1.0 bathrooms. It is located at 223 Bloomfield St Hoboken, New Jersey. The nearest schools are The Elysian Charter School of Hoboken, A. J. Demarest and Hoboken High School.

**What I love**
Great light (southern exposure); Excellent closet space; Hardly any noise; Backdoor on Washington Street in Hoboken

Post for sale/rent▾   Save▾   Email▾   Edit▾   Share   Send to your phone   Print

### Zestimates

|  | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| **Zestimate** | $339,700 | $197K - $588K | +$5,400 | $465 | 06/30/2012 |
| **Rent Zestimate** | $2,136/mo | $1.7K - $2.7K/mo | -$28 | $2.93 | 06/25/2012 |
| **Owner Estimate** | Post your own estimate | | | | |

**Zestimate**  Rent Zestimate  more                                           1 year   5 years   **10 years**

## Price History

Know

| Date | Description | Price | Change | $/sqft | Source | |
|---|---|---|---|---|---|---|
| 04/07/2008 | Sold | $420,000 | -6.5% | $575 | Public Record | |
| 12/11/2007 | Listed for sale | $449,000 | -- | $615 | Owner | |

## Tax History
Find assessor information on the county website

| Year | Property taxes | Change | Tax assessment | Change |
|---|---|---|---|---|
| 2011 | $5,884 | 5.7% | $124,000 | -- |
| 2010 | $5,566 | 4.6% | $124,000 | -- |
| 2009 | $5,323 | 23.0% | $124,000 | -- |
| more | | | . | |

## Neighborhood

Walk Score™   **100**/100   (Walker's Paradise)                              View larger

## Friends Nearby



**Home shopping just got better**
See your friends on a map and get personal advice about their neighborhoods.

Map my friends

## Monthly Payment

7/2/12

Case 08-14400-MBK  223 Bloomfield St Apt 4D, Hoboken, NJ 07030 Zillow
Doc 63  Filed 07/02/12  Entered 07/06/12 10:57:08  Desc Main
Document  Page 5 of 5

**Home price**

$339,700

**Percent down: 20%**

($68k)

**Program:**

30yr fixed 3.479%

See personalized rates

| | |
|---|---|
| **Estimated Payment** | $1,645 |
| **Principal & Interest** | $1,217 |
| **Taxes** | $368 |
| **Homeowners Insurance** | $60 |
| **Mortgage Insurance** | $0 |